No. 00–340. WHITE v. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–350. MING-CHIANG LI v. MONTGOMERY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–351. MING-CHIANG LI v. DANZIG, SECRETARY OF THE NAVY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–357. REYNOLDS v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 00–385. STUBER v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 00–388. FOKKER SERVICES B. V. v. NORTHROP GRUMMAN CORP. ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–410. HENSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–414. WILSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–435. OSPINA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–439. AQUINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5006. MURRAY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–5067. HUNT v. McDADE, SUPERINTENDENT, HARNETT CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–5226. ETHERIDGE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5597. RODRIGUEZ REYNA v. STEWART ET AL. C. A. 5th Cir. Certiorari denied.